NUMBER 13-08-00469-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

SHARI PARKER, Appellant,


v.



CARLOS GARCIA, Appellee. 

_____________________________________________________________


On appeal from the 94th District Court 


of Nueces County, Texas.


______________________________________________________________

 

MEMORANDUM OPINION


 

Before Justices Yañez, Rodriguez, and Benavides


Memorandum Opinion Per Curiam


 Appellant perfected an appeal from a judgment entered by the 94th District Court
of Nueces County, Texas, in cause number 06-5422-C. Appellant has filed a motion to
dismiss the appeal which is agreed to by appellee. Appellant requests that this Court
dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. See Tex. R. App.
P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. 
In accordance with the agreement of the parties, costs are taxed against the party incurring
same. See Tex. R. App. P. 42.1(d). Having dismissed the appeal at appellant's request,
no motion for rehearing will be entertained, and our mandate will issue forthwith.


 PER CURIAM

Memorandum Opinion delivered and 

filed this the 14th day of May, 2009.